# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONEL COSTA, on behalf of himself and others similarly situated,   :<br><br>    Plaintiff,   :<br><br>v.   :<br><br>NMR FACTORING, LLC d/b/a COMMISSION EXPRESS OF GREATER BOSTON   :<br><br>    Defendant.   : | CIVIL ACTION FILE NO. 21-cv-1212 |

## STIPULATION OF DISMISSAL

The parties file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs. The putative class claims are dismissed without prejudice.

Dated: April 4, 2022        PLAINTIFF,

                By:

                */s/ Anthony I. Paronich*
                Anthony I. Paronich
                Paronich Law, P.C.
                350 Lincoln Street, Suite 2400
                Hingham, MA 02043
                (508) 221-1510
                anthony@paronichlaw.com

DEFENDANT,

By:

*/s/ Keith R. Rudzik*
Keith R. Rudzik
HOWARD, KOHN, SPRAGUE & FITZGERALD, LLP
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06126-1798
(860) 525-3101 x234
krr@hksflaw.com

*Attorneys for Defendant*
*NMR Factoring, LLC d/b/a*
*Commission Express of Greater Boston*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich